James C. JONES and Frances T. Jones

v.

SUNOCO, INC. (R & M) f/k/a Sun Company, Inc., Safety–Kleen Systems, Inc., CRC Industries, Inc., 3M Company, Advances Auto Parts, Inc., The Pep Boys–Manny, Moe & Jack, Ace Hardward Corporation, Illinois Tool Works, Inc., d/b/a Permatex and d/b/a Gumout and d/b/a LPS Laboratories and d/b/a Wynn's, Kendall Refining Company, Ashland, Inc., Union Oil Company of California, Witco Distribution, Inc., Wal–Mart Stores, Inc., Hunt Refining Company, Hunt Oil Company, Rust–Oleum Corporation, individually and d/b/a Parks Corporation and Fuchs Lubricants, Inc.

Petition of: Hunt Refining Company

No. 141 EAL 2017

Supreme Court of Pennsylvania.

September 5, 2017

## ORDER

PER CURIAM

AND NOW, this 5th day of September, 2017, the Petition for Allowance of Appeal and the Uncontested Application for Stay of Review filed by Petitioner Hunt Refining Company are **DENIED**.

COMMONWEALTH of Pennsylvania, Respondent

v.

Clifford Mark FOSS, Petitioner

No. 147 MAL 2017

Supreme Court of Pennsylvania.

DECIDED: September 6, 2017

## ORDER

PER CURIAM

AND NOW, this 6th day of September, 2017, the petition for allowance of appeal is **GRANTED**, limited to the issue of RRRI eligibility, and the order of the Superior Court is reversed. *See Commonwealth v. Cullen–Doyle*, 2017 WL 3097766 (Pa. July 20, 2017).

The petition is denied as to all other issues.